UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

     v.                                                     Case No. 18-CR-115

LUCAS DAPRA,

        Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of the above-named defendant to Counts One and Three of the Indictment, defendant Lucas Dapra agrees to the forfeiture of the property listed in the forfeiture notice of the Indictment filed on May 22, 2018.

**IT IS HEREBY ORDERED** that all right, title and interest in the following property, is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253:

1. A black Acer laptop, model N15Q12;
2. A Compaq computer;
3. A Sony computer;
4. A Nokia cellphone;
5. A Samsung Galaxy S2;
6. An iPhone with red case, model A1453;
7. A Dell E520; and
8. Any other equipment, instrumentalities, and items used or intended to be used in the transportation, shipment, production, receiving, distribution, or possession of child pornography.

**IT IS FURTHER ORDERED** that the above-listed items shall be seized by the United States Marshal Service for the Eastern District of Wisconsin, or it's duly authorized representative.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this 27th day of September, 2018.

                                              s/ William C. Griesbach
                                              WILLIAM C. GRIESBACH
                                              Chief United States District Judge